## HARRIS v. STATE.

(Court of Criminal Appeals of Texas. Jan. 21, 1914.)

CRIMINAL LAW (§ 1144*)—APPEAL—RECORD—EVIDENCE—PRESUMPTIONS.

In the absence of a statement of facts and bill of exceptions, it will be presumed that the

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes

court charged all the law applicable to the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2764, 2766–2771, 2774–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from Wichita County Court; C. B. Felder, Judge.

Lizzie Harris was convicted of crime, and she appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of keeping a disorderly house. In the absence of a statement of facts and bills of exceptions, no question is presented we can review. We must presume that the court charged the law and all the law applicable to the evidence when no evidence is presented to us.

Affirmed.